O
JS-6

# United States District Court
# Central District of California

MARIANNE RENOIS et al.,

          Plaintiffs,

    v.

WVMF FUNDING LLC et al.,

          Defendants.

Case № 2:25-mc-00140-ODW (MAAx)

**ORDER GRANTING MOTION TO TRANSFER PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA [1]**

Presently before the Court is Plaintiffs' Motion to Transfer its Motion to Compel Compliance with a subpoena directed at non-party Farmers Group, Inc. (Mot. Transfer ("Motion" or "Mot."), Dkt. No. 1.)  On December 31, 2025, the Court ordered Farmers to file an opposition brief no later than January 16, 2026.  (Min. Order, Dkt. No. 3.)[1]

Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (upholding district court's dismissal of plaintiff's complaint based on plaintiff's failure to oppose motion as required by local rules).  Prior to dismissing an action pursuant to a local

---

[1] The Court also deemed the matter appropriate for decision without oral argument.  (*Id.*); Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

rule, courts must weigh: (1) the public interest in expeditious resolution of cases, (2) the court's need to manage its docket, (3) the risk of prejudice to the defendants, (4) public policy favoring disposition of cases on the merits, and (5) the availability of less drastic measures. *Id.* at 53 (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)). "Explicit findings with respect to these factors are not required." *Ismail v. County of Orange*, SACV 10-00901 VBF (AJW), 2012 WL 12964893, at *1 (C.D. Cal. Nov. 7, 2012) (first citing *Henderson*, 779 F.2d at 1424; and then citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 129 (9th Cir. 1987), *cert. denied*, 488 U.S. 819 (1988)).

The Court has considered the *Ghazali* factors and is persuaded that granting the Motion is appropriate. The Court ordered Farmers to file an opposition brief by January 16, 2026. (Min. Order.) As of the date of this Order, Farmers has not filed an opposition, or any other filing that could be construed as a request for a continuance.

Accordingly, the Court deems Farmers' failure to oppose as consent to granting the Motion, and therefore **GRANTS** the Motion. (Dkt. No. 1.) The Court directs the Clerk to transfer the Motion, (Dkt. No. 1), to the United States District Court for the Southern District of New York, Case No. 1:20-cv-09281 (LTS) (VF). Furthermore, because the action is a miscellaneous case initiated by the Motion, the Court directs the Clerk to close this action.

**IT IS SO ORDERED.**

January 20, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2